# PROCEEDING MEMO

**Date: 01/15/2020 10:00 am**

In re:   Rita Shine Bird

                                                                      Bankruptcy No. 17-21787-CMB
                                                                      Chapter: 13
                                                                      Doc. # 60

**Appearances:**  Pail/
                   Lowden;  . Warmbrodt

**Nature of Proceeding:** #59 Objection To Notice of Mortgage Payment Change

**Additional Pleadings:** #62 Response by PNC Bank, National Association

**Judge's Notes:**
   Stipulated orders to be filed within 30 days, if none are filed, hearing schedule for 3/25/20 at 10:00.

FILED
1/15/20 3:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

                                                                 Carlota M. Böhm
                                                                 Chief U.S. Bankruptcy Judge

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:
Rita Shine Bird
     Debtor

Case No. 17-21787-CMB
Chapter 13

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dric                  Page 1 of 1                  Date Rcvd: Jan 15, 2020
                              Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
db             +Rita Shine Bird,    379 West Wylie Avenue,    Washington, PA 15301-2251

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
        David A. Rice    on behalf of Debtor Rita Shine Bird ricelaw1@verizon.net,   lowdenscott@gmail.com
        Elizabeth Lamont Wassall    on behalf of Creditor   PNC Bank, National Association pabk@logs.com,
         ewassall@logs.com
        Elizabeth Lamont Wassall    on behalf of Creditor   PNC Bank, N.A. pabk@logs.com,
         ewassall@logs.com
        James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
        James Warmbrodt    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Scott R. Lowden    on behalf of Debtor Rita Shine Bird niclowlgl@comcast.net
                                                                                                                                       TOTAL: 8