IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Rita Shine Bird<br>f/k/a Rita Shine Montana<br>       Debtor<br><br>Rita Shine Bird<br>f/k/a Rita Shine Montana<br><br>       Movant<br>vs.<br><br>PNC Bank, National Association<br><br>       Respondent | NO. 17-21787-CMB<br><br>Chapter 13<br><br>Related to: Document Nos. 59 and 69 |

## ORDER

  Upon consideration of the Motion filed by PNC Bank, National Association, it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing scheduled for April 15, 2020 at 12:00 p.m. is hereby continued to a Telephonic Hearing on May 12, 2020 at 11:00 a.m. before Judge Carlota M. Böhm.

Dated: April 13, 2020

                Carlota M. Böhm  glb
                Chief United States Bankruptcy Judge

                FILED
                4/13/20 2:54 pm
                CLERK
                U.S. BANKRUPTCY
                COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Rita Shine Bird  
    Debtor

Case No. 17-21787-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Apr 13, 2020  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2020.  
db          +Rita Shine Bird,   379 West Wylie Avenue,   Washington, PA 15301-2251

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2020 at the address(es) listed below:

          David A. Rice    on behalf of Debtor Rita Shine Bird ricelaw1@verizon.net,   lowdenscott@gmail.com  
          Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com, ewassall@logs.com  
          Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, N.A. pabk@logs.com, ewassall@logs.com  
          James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com  
          James Warmbrodt    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
          Scott R. Lowden    on behalf of Debtor Rita Shine Bird niclowlgl@comcast.net  
                                                                                                                            TOTAL: 8