**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Rita Shine Bird<br>f/k/a Rita Shine Montano<br>　　　　　　　　　　Debtor<br><br>Rita Shine Bird<br>f/k/a Rita Shine Montano<br>　　　　　　　　　　Movant<br>　vs.<br><br>PNC Bank, National Association<br>　　　　　　　　　　Respondent | NO. 17-21787-CMB<br><br>CHAPTER 13<br><br>Related to: Document No. 59 |

**STIPULATION AND ORDER**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Debtor filed an objection to the Respondent's Notice of Mortgage Payment Change filed December 2, 2019, which increased Debtor's monthly payment from $574.27 to $1,120.28 effective January 1, 2020;

WHEREAS, the monthly payment increase was due to an increase in the escrow items from $206.62 to $311.68, and the addition of an escrow shortage in the amount of $440.95;

WHEREAS, Respondent has agreed to spread out the escrow shortage over 60 months to reduce the monthly payment increase and resolve the pending objection.

It is therefore Stipulated and agreed as follows:

1. The Notice of Mortgage Payment Change filed December 2, 2019 is hereby withdrawn.
2. Debtor's monthly payment will be $722.87 effective April 1, 2020, as evidenced by the Escrow Account Disclosure Statement dated March 10, 2020 which is attached hereto as Exhibit "A".

3. Included in the monthly payment beginning April 1, 2020 is a Prorated Escrow Shortage payment in the amount of $63.08, which escrow amount shall be included as part of each payment due through and including the payment due March 1, 2025.

4. Debtor acknowledges that future annual escrow reviews may require increases in the amounts owed for escrow items and escrow shortages, resulting in corresponding increases in monthly payments during the time that the Prorated Escrow Shortage is being paid.

5. The notice requirement of F.R.B.P. 3002.1(b)(1) is waived as to the payment due April 1, 2020.

6. Debtor's Objection to the Notice of Mortgage Payment Change is hereby withdrawn.

7. The hearing scheduled for May 12, 2020 at 11:00 p.m. is cancelled.

Consented to by:

*/s/ Scott R. Lowden, Esquire*
Scott R. Lowden, Esquire
Nicotero & Lowden P.C.
Attorney for Debtor
3948 Monroeville Blvd., Suite 2
Phone: 412-374-7161
Monroeville, PA 15146
niclowlgl@comcast.net

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
KML Law Group, P.C.
Attorney for Respondent
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 412-430-3594
jwarmbrodt@kmllawgroup.com

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

Dated: April 22, 2020

Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
4/22/20 10:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**PNC BANK**
P.O. Box 1820
Dayton Ohio 45401-1820
Website: pnc.com/homehq
Customer Service: 1-800-822-5626

**ESCROW ACCOUNT DISCLOSURE STATEMENT**

ACCOUNT NUMBER: 
DATE: March 10, 2020

PROPERTY ADDRESS:
379 W WYLIE AVE
WASHINGTON, PA 15301

RITA S MONTANO
379 W WYLIE AVE
WASHINGTON PA  15301-2251

| CURRENT MONTHLY MORTGAGE PAYMENT | |
|---|---|
| Principal & Interest | 367.65 |
| Escrow | 311.68 |
| Prorated Escrow Surplus | -105.06 |
| Total Payment | 574.27 |

| NEW PAYMENT INFORMATION | |
|---|---|
| Principal & Interest | 367.65 |
| Escrow | 292.14 |
| Prorated Escrow Shortage | 63.08 |
| Total Payment | 722.87 |
| New Payment Effective Date | 04/01/20 |

**COMING YEAR ESCROW PROJECTION**

This statement provides a detailed summary of activity related to your escrow account. PNC Bank maintains your escrow account to pay such items as property taxes, insurance premiums, and mortgage insurance.

This section lists a 12-month running escrow balance to determine the appropriate target balance and to determine if a shortage or surplus exists. This is a projection of the anticipated activity in your escrow account for the coming 12 months.

| ANTICIPATED ESCROW DISBURSEMENT | |
|---|---|
| CITY TAX | $38.16 |
| TAXES | $690.90 |
| HAZARD INS | $2,622.00 |
| COUNTY TAX | $154.56 |
| | |
| TOTAL DISBURSEMENTS | $3,505.62 |
| DIVIDED BY 12 MONTHS | |
| MONTHLY ESCROW DEPOSIT | $292.14 |

| MONTH | PAYMENTS TO ESCROW | DESCRIPTION | PAYMENTS FROM ESCROW | CUR BAL PROJECTION | REQ BAL PROJECTION |
|---|---|---|---|---|---|
| | | BEGINNING BALANCE | | -2,770.94 | 1,013.94 |
| April | 292.14 | | | -2,478.80 | 1,306.08 |
| May | 292.14 | CITY TAX | 38.16 | -2,224.82 | 1,560.06 |
| June | 292.14 | | | -1,932.68 | 1,852.20 |
| July | 292.14 | | | -1,640.54 | 2,144.34 |
| August | 292.14 | | | -1,348.40 | 2,436.48 |
| September | 292.14 | SCHOOL TAX | 690.90 | -1,747.16 | 2,037.72 |
| October | 292.14 | | | -1,455.02 | 2,329.86 |
| November | 292.14 | | | -1,162.88 | 2,622.00 |
| December | 292.14 | | | -870.74 | 2,914.14 |
| January | 292.14 | HAZARD INS | 2,622.00 | -3,200.60 * | 584.28 ** |
| February | 292.14 | | | -2,908.46 | 876.42 |
| March | 292.14 | COUNTY TAX | 154.56 | -2,770.88 | 1,014.00 |

\* The projected escrow balance at the low point.
\** The lowest balance the escrow account should attain during the projected period.

| CALCULATION OF ESCROW ADJUSTMENT | |
|---|---|
| BEGINNING PROJECTED BALANCE | -$2,770.94 |
| BEGINNING REQUIRED BALANCE | $1,013.94 |
| ESCROW SHORTAGE | $3,784.88 |

The required minimum balance allowed by federal law (RESPA) is two times your monthly escrow payment (excluding MIP/PMI), unless your mortgage document or state law specifies a lower amount.

**MORE INFORMATION ON REVERSE SIDE**

**IMPORTANT MESSAGES**

Make your check, money order or cashier's check payable to PNC Bank. All Payments must be funds from a U.S. Bank Account and are subject to PNC's acceptance. **Do NOT send cash by mail.**

We understand that you have filed for bankruptcy and have not yet received a discharge. None of the information requested in this statement will be used for the collection of any debts or for purposes prohibited by the Bankruptcy Code or other applicable Federal or state law.

---

INTERNET REPRINT

**PNC BANK**

**ESCROW SHORTAGE COUPON**

Customer Name:  RITA S MONTANO

Account Number:               Shortage Amount:  $3,784.88

PNC BANK
PO BOX 6534
CAROL STREAM IL  60197-6534

If you wish to pay the shortage amount in full, please mail a check for the shortage amount, along with this coupon, in the envelope provided. When paying your escrow shortage, please do not make your payment via electronic on-line banking, as it will not be applied directly to escrow. Payment should be remitted no later than 15 business days after receipt of this notification. Your new monthly mortgage payment will be reduced to $659.79 once you pay the shortage amount. **In order to avoid a delay in the processing of your payment, please DO NOT include your mortgage payment with the shortage payment.**

This is a copy of your escrow shortage coupon. If you cannot find your original statement, please contact Customer Service at 800-822-5626 to request a new statement or click the link above to pay your escrow shortage online. Please DO NOT print and mail a copy of this coupon with your payment, because it may cause a delay in the posting of your payment.

**ESCROW ACCOUNT DISCLOSURE STATEMENT**

LOAN NUMBER: ███████    DATE: March 10, 2020

Your projected escrow balance as of 03/31/20 is -$2,770.94.  Your required beginning escrow balance, according to this analysis, should be $1,013.94. This means you have a shortage of $3,784.88.  We have divided the shortage interest-free, over 60 months.  If you choose to pay the shortage in full, then your new monthly mortgage payment will be reduced to $659.79.

Once during this analysis period, your required escrow balance should be reduced to a target balance of $584.28, as it does in January.  Under Federal law, your target balance should not exceed an amount equal to two months of escrow payments for taxes and insurance, unless your mortgage document or state law specifies a lower amount.

### Projected Activity from the Previous Analysis

This is a projection of the activity for your escrow account from the Previous Analysis.  This projection was based on the disbursements anticipated to be made from your escrow account. Compare this projection to the actual escrow activity in the Account History (summarized below).

The escrow payment in this projection may not equal the escrow payment in the Account History if an adjustment was made to collect a shortage or refund a surplus.

Adjustments to the payment and differences between the anticipated and actual disbursements may prevent the actual balance from reaching the projected low escrow balance.

| Date | Description | Payments | Disbursements | Balance |
|---|---|---|---|---|
|  | BEGINNING BALANCE |  |  | 568.22 |
| 01/20 | FHA/RBP | 311.68 | 27.54 | 852.36 |
| 02/20 | FHA/RBP | 311.68 | 27.54 | 1,136.50 |
| 03/20 | FHA/RBP | 311.68 | 27.54 | 1,420.64 |
| 03/20 | COUNTY TAX |  | 154.56 | 1,266.08 |
| 04/20 | FHA/RBP | 311.68 | 27.54 | 1,550.22 |
| 05/20 | FHA/RBP | 311.68 | 27.54 | 1,834.36 |
| 05/20 | CITY TAX |  | 38.16 | 1,796.20 |
| 06/20 | FHA/RBP | 311.68 | 27.54 | 2,080.34 |
| 07/20 | FHA/RBP | 311.68 | 27.54 | 2,364.48 |
| 08/20 | FHA/RBP | 311.68 | 27.54 | 2,648.62 |
| 09/20 | FHA/RBP | 311.68 | 27.54 | 2,932.76 |
| 09/20 | SCHOOL TAX |  | 690.90 | 2,241.86 |
| 10/20 | FHA/RBP | 311.68 | 27.54 | 2,526.00 |
| 11/20 | FHA/RBP | 311.68 | 27.54 | 2,810.14 |
| 12/20 | FHA/RBP | 311.68 | 27.54 | 3,094.28 |
| 12/20 | HAZARD INS |  | 2,526.00 | 568.28 ** |
| TOTAL |  | 3,740.16 | 3,740.10 |  |

### Account History

This is a statement of actual escrow account activity from January 2020 through March 2020.  Compare it to the Projected Activity from the Previous Analysis which appears above the Account History.

Your total mortgage payment during the past year was $574.27 of which $367.65 was your Principal and Interest payment and $311.68 was your escrow payment.

| Date | Description | Payments | Disbursements | Balance |
|---|---|---|---|---|
|  | BEGINNING BALANCE |  |  | -6,058.91 |
| 01/20 | FHA/RBP |  | 27.54 * | -6,086.45 |
| 02/20 |  | 413.24 | * | -5,673.21 |
| 02/20 | FHA/RBP |  | 27.54 * | -5,700.75 |
| 02/20 | COUNTY TAX |  | 154.56 * | -5,855.31 |
| 03/20 |  | 3,084.37 e | * | -2,770.94 |
| TOTAL |  | 3,497.61 | 209.64 |  |

\* Indicates a difference from projected activity either in the amount or the date.
\*\* Required minimum escrow balance.
"e" Indicates estimates for future payments or disbursements.

If you have any questions about this analysis statement, please visit us at pnc.com/homehq to send us an email, write to us at PNC Bank; Attention: Customer Service Research; B6-YM07-01-7, PO Box 1820, Dayton, OH 45401 or call our Customer Service Department toll free number 1-800-822-5626.

749-2035-06128

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Rita Shine Bird  
     Debtor

Case No. 17-21787-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Apr 22, 2020  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2020.  
db            +Rita Shine Bird,    379 West Wylie Avenue,    Washington, PA 15301-2251

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2020 at the address(es) listed below:

           David A. Rice     on behalf of Debtor Rita Shine Bird ricelaw1@verizon.net,    lowdenscott@gmail.com  
           Elizabeth Lamont Wassall     on behalf of Creditor    PNC Bank, National Association pabk@logs.com,  
            ewassall@logs.com  
           Elizabeth Lamont Wassall     on behalf of Creditor    PNC Bank, N.A. pabk@logs.com,  
            ewassall@logs.com  
           James Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com  
           James Warmbrodt     on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com  
           Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
           Scott R. Lowden     on behalf of Debtor Rita Shine Bird niclowlgl@comcast.net  
                                                                                          TOTAL: 8