IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Rita Shine Bird,

Bankruptcy No. 17-21787-CMB

Debtor,

Rita Shine Bird,

Chapter 13

Movant,

Related to Document No.

No Respondent

Respondent.

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the May 13, 2020 Order of Court, the Notice of Proposed Modification to Confirmed Plan and the Amended Chapter 13 Plan dated April 29, 2020 by prepaid first-class US mail on May 14, 2020 on the following:

Ronda J Winnecour, Trustee
600 Grant Street
Suite 3250
Pittsburgh, PA 15219

Office of U.S. Trustee
1001 Liberty Ave.
Suite 970, Liberty Center
Pittsburgh, PA 15222

Each and Every Creditor on the
Court's Mailing Matrix (attached)

Dated: 05/14/2020

/s/: David A Rice, Esq.
Attorney for Debtors
15 West Beau Street
Washington, PA 15301
PA ID# 50329
Ricelaw1@verizon.net
(724) 225-7270

```
Label Matrix for local noticing          PRA Receivables Management, LLC          U.S. Bankruptcy Court
0315-2                                   PO Box 41021                             5414 U.S. Steel Tower
Case 17-21787-CMB                        Norfolk, VA 23541-1021                   600 Grant Street
WESTERN DISTRICT OF PENNSYLVANIA                                                  Pittsburgh, PA 15219-2703
Pittsburgh
Thu May 14 08:19:47 EDT 2020

Capital One, N.A.                        Cavalry Portfolio Serv / Synchrony Bank  Cavalry SPV I, LLC
c/o Becket and Lee LLP                   Po Box 27288                             500 Summit Lake Drive, Ste 400
PO Box 3001                              Tempe, AZ 85285-7288                     Valhalla, NY 10595-2321
Malvern PA 19355-0701


Collection Service Cen / WHS Family Medi Comenitybk/victoriasec                   Department Stores National Bank
839 5th Ave                              Po Box 182789                            c/o Quantum3 Group LLC
New Kensington, PA 15068-6303            Columbus, OH 43218-2789                  PO Box 657
                                                                                  Kirkland, WA  98083-0657


Directv, LLC                             Dsnb Macys                               Jefferson Capital Syst / Fingerhut
by American InfoSource LP as agent       Po Box 8218                              16 Mcleland Rd
PO Box 5008                              Mason, OH 45040-8218                     Saint Cloud, MN 56303-2198
Carol Stream, IL  60197-5008


(p)JEFFERSON CAPITAL SYSTEMS LLC         Key Bank                                 KeyBank N.A.
PO BOX 7999                              200 West Beau Street                     4910 Tiedeman Road
SAINT CLOUD MN 56302-7999                Washington, PA 15301-4404                Brooklyn, Ohio 44144-2338


Keystone Motor Credit                    Kohls/capone                             MIDLAND FUNDING LLC
869 Jefferson Avenue                     N56 W 17000 Ridgewood Dr                 PO BOX 2011
Washington, PA 15301-3858                Menomonee Falls, WI 53051-7096           WARREN, MI 48090-2011


Midland Funding / Synchrony Bank         Mmca/cl                                  Office of the United States Trustee
2365 Northside Dr Ste 30                 Po Box 91614                             Liberty Center.
San Diego, CA 92108-2709                 Mobile, AL 36691-1614                    1001 Liberty Avenue, Suite 970
                                                                                  Pittsburgh, PA 15222-3721


PNC Bank                                 PNC Bank, N.A.                           PNC Bank, N.A.
c/o Mark J Udren, Esq.                   3232 Newmark Drive                       PO BOX 94982
111 Woodcrest Road, Suite 200            Miamisburg, OH 45342-5421                Cleveland, OH 44101-4982
Cherry Hill, NJ 08003-3620


Pnc Bank, N.a.                           Pnc Bank, N.a.                           Pnc Mortgage
1 Financial Pkwy                         2730 Liberty Avenue                      Po Box 8703
Kalamazoo, MI 49009-8002                 Pittsburgh, PA 15222-4747                Dayton, OH 45401-8703


Receivables Performance / Direct TV      SANTANDER CONSUMER USA                   Sams Club
20816 44th Ave West                      P.O. Box 560284                          P.O. Box 530942
Lynnwood, WA 98036-7744                  Dallas, TX 75356-0284                    Atlanta, GA 30353-0942
```

```
Santander Consumer USA                Synchrony Bank                        Transworld Sys Inc/51 / MedExpress
1010 W Mockingbird Lane               Po Box 965005                         507 Prudential Rd
Suite 100                             Orlando, FL 32896-5005                Horsham, PA 19044-2308
Dallas, TX 75247-5126


US DEPARTMENT OF EDUCATION            University Of Phoenix                 Us Dept Of Ed/glelsi
CLAIMS FILING UNIT                    4615 E Elwood St Fl 3                 2401 International Lane
PO BOX 8973                           Phoenix, AZ 85040-1950                Madison, WI 53704-3121
MADISON, WI 53708-8973


David A. Rice                         Rita Shine Bird                       Ronda J. Winnecour
Rice & Associates Law Firm            379 West Wylie Avenue                 Suite 3250, USX Tower
15 West Beau Street                   Washington, PA 15301-2251             600 Grant Street
Washington, PA 15301-6806                                                   Pittsburgh, PA 15219-2702


Scott R. Lowden
Nicotero & Lowden PC
3948 Monroeville Blvd., Suite 2
Monroeville, PA 15146-2437
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)PNC Bank, N.A.                     (u)PNC Bank, National Association     (d)PRA Receivables Management, LLC
                                                                            PO Box 41021
                                                                            Norfolk, VA 23541-1021
```

```
End of Label Matrix
Mailable recipients    39
Bypassed recipients     3
Total                  42
```