IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-21787-CMB |
|    Rita S Bird, | : | |
|            Debtor(s) | : | |
|    Rita S Bird, | : | Chapter 13 |
|            Movant(s) | : | |
| | : | Related to Document No. |
|    v. | : | |
|    Solevo Wellness, | : | |
|            Respondent(s) | : | |

**CERTFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the Court Order to Pay Trustee Pursuant to Wage Attachment Dated January 11, 2022 and a completed Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on January 12, 2022.

Solevo Wellness
Attn: Rick Keller
5600 Forward Avenue
Pittsburgh, PA 15217

                                            Attorney for Movant(s):
                                            Rice & Associates Law Firm
                                            /s/ David A Rice, Esq.
                                            15 West Beau Street
                                            Washington, PA 15301
                                            724-225-7270
                                            ricelaw1@verizon.net
                                            PA ID# 50329