IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | )    Bankruptcy No. 17-21787 CMB |
| Rita Shine Bird | ) |
| | ) |
|          Debtor(s) | ) |
| Rita Shine Bird | )    Chapter 13 |
| | ) |
|          Movant(s) | )    Related to: Document Nos. 101 and 108 |
| v. | ) |
| | ) |
| PNC Bank, National Association | ) |
|          Respondent(s) | ) |

ORDER OF COURT

AND NOW, this 21st day of January, 2022

It is ORDERED that the Zoom Video Conference Hearing on the Objection to Notice of Mortgage Payment Change (DN 101) is continued to March 22, 2022 at 11:00 a.m. via Zoom Video Conference Application.

The hearing scheduled for January 25, 2022 at 11:00 a.m. is hereby CANCELLED.

By the Court:

*/s/ Carlota M. Böhm*
Carlota M. Böhm
Chief United States Bankruptcy Judge

glb

FILED
1/21/22 10:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA