**PROCEEDING MEMO**

**Date: 03/22/2022 11:00 am**

**In re:    Rita Shine Bird**

**Bankruptcy No. 17-21787-CMB**
**Chapter: 13**
**Doc. # 101**

**Appearances:  BY ZOOM:   Ronda Winnecour**
                                        **Scott Lowden;  Denise Carlon**

**Nature of Proceeding: #101 Continued Hearing Re: Objection To Notice of Mortgage Payment Change**

**Additional Pleadings: Doc - Notice of Mortgage Payment Changed (Claim #4) Filed by PNC Bank, National Association**
                                **#103 Response by PNC Bank National Association to #101**
                                **#108 Motion To Continue The Hearing on Objection To Notice of Mortgage Payment Change**
                                **#109 Order Signed 01/21/2022 Granting Docket #108 - Hearing scheduled for 01/25/2022 at 11:00 a.m. is CANCELLED and CONTINUED to 03/22/2022 at 11:00 a.m.**

**Judge's Notes:**

**Outcome:  Hearing Held.  By 04/05/2022, a Consent Order is to be filed.**

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
3/22/22 3:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA