**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Rita Shine Bird fka Rita Shine Montano<br>Debtor | CHAPTER 13 |
| PNC BANK NATIONAL ASSOCIATION<br>Movant<br>vs.<br>Rita Shine Bird fka Rita Shine Montano<br>Debtor<br>Ronda J. Winnecour, Esquire<br>Trustee | NO. 17-21787 CMB<br>Document Nos: 101, 103, 111<br>Claim Number: 4 |

**CONSENT ORDER RESOLVING OBJECTION**
**TO NOTICE OF PAYMENT CHANGE**

THIS MATTER having been brought before the Court by Rita Shine f/k/a Rita Shine Montano by her Counsel, Nicotero & Lowden, P.C.; and

WHEREAS PNC Bank, N.A. (hereinafter "PNC") filed a Notice of Payment Change on or about November 18, 2021; and

WHEREAS on or about December 8, 2021, Debtor filed an Objection to the Notice of Payment Change; and

WHEREAS on or about December 23, 2021, PNC filed a Response to the Objection; and

WHEREAS the parties have amicably resolved the matter;

IT IS ON THIS __8th__ DAY OF __April_____, 2022 ORDERED,

1. The Notice of Payment Change filed by PNC Bank, N.A. on November 18, 2021 is withdrawn;

2. The December 8, 2021 Objection to Notice of Payment Change is withdrawn as moot;

3. The Notice of Payment Change filed on March 4, 2022 by PNC for Claim 4 shall control until the next Notice of Mortgage Payment Change filed in this matter.

**Consented to by:**

*/s/ Denise Carlon, Esquire*
Denise Carlon, Esquire
Attorney I.D. No. 317226
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorney for PNC Bank, N.A.

*/s/ Scott R. Lowden, Esquire*
Scott R. Lowden, Esquire
Nicotero & Lowden PC
3948 Monroeville Boulevard, Suite 2
Monroeville, PA 15146
412-374-7161
Attorney for Debtor

*/s/ James Warmbrodt, Esquire*
Attorney, Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5566

**REVIEWED AND APPROVED BY:**

_Carlota M. Böhm_ **dmr**
Honorable Carlota Böhm, Chief Judge
United States Bankruptcy Court

FILED
4/8/22 11:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 17-21787-CMB
Rita Shine Bird                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 08, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Rita Shine Bird, 379 West Wylie Avenue, Washington, PA 15301-2251 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022                           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  N.A. bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Rita Shine Bird ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  N.A. pabk@logs.com, ewassall@logs.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 08, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Debtor Rita Shine Bird niclowlgl@comcast.net

TOTAL: 9