IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

IN RE:

| | | |
|---|---|---|
| Rita Bird, | : | Bankruptcy No. 17-21787-CMB |
| | : | |
| Debtor, | : | |
| | : | |
| Rita Bird, | : | Chapter 13 |
| | : | |
| Movant, | : | |
| | : | Related to Document No. |
| v. | : | |
| No Respondent, | : | |
| Respondent. | : | |

**CERTFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the Text Order at docket number 116 and the Amendment to Schedule I on each party listed below by first class U.S. mail on June 21, 2022.

Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of US Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA  15222

                                                                       Attorney for Movant(s):
                                                                       Rice & Associates Law Firm
                                                                       /s/ David A Rice, Esq.
                                                                       15 West Beau Street
                                                                       Washington, PA  15301
                                                                       724-225-7270
                                                                       ricelaw1@verizon.net
                                                                       PA ID#  50329