IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

In Re: : Bankruptcy No. 17-21787-CMB
    Rita Shine Bird, :
                Debtor(s) :
    Rita Shine Bird, : Chapter 13
               Movant(s) :
                 : Related to Document No.
    v. :
    A Line Staffing Solutions, :
               Respondent(s) :

## CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Court Order to Pay Trustee Pursuant to Wage Attachment Dated June 23, 2022 and a completed Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on June 23, 2022.

A Line Staffing Solutions
201 Penn Center Blvd., Suite 306
Pittsburgh, PA  15235

                                          Attorney for Movant(s):
                                          Rice & Associates Law Firm
                                          /s/ David A Rice, Esq.
                                          15 West Beau Street
                                          Washington, PA  15301
                                          724-225-7270
                                          ricelaw1@verizon.net
                                          PA ID# 50329