IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-21787-CMB |
|     Rita Shine Bird, | : | |
| | : | |
|                   Debtor(s) | : | |
|     Rita Shine Bird, | : | Chapter 13 |
| | : | |
|                   Movant(s) | : | |
| | : | Related to Document No. |
|      v. | : | |
|     A-Line Staffing Solutions, LLC, | : | |
|                   Respondent(s) | : | |

**CERTFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the Court Order to Pay Trustee Pursuant to Wage Attachment Dated November 30, 2022 and a completed Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on December 1, 2022.

A-Line Staffing Solutions, LLC
Attn: HR
7529 Auburn Road
Utica, MI 48317

Attorney for Movant(s):
Rice & Associates Law Firm
/s/ David A Rice, Esq.
15 West Beau Street
Washington, PA 15301
724-225-7270
ricelaw1@verizon.net
PA ID# 50329