IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE: Rita Shine Bird**              )
                                        )   **Case No. 17-21787 CMB**
                                        )
                                        )   **Chapter 13**
                                        )
            **Debtor(s).**              )
_____X

**STIPULATED ORDER MODIFYING PLAN**

    **WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

    ☐    a motion to dismiss case or certificate of default requesting dismissal

    ☒    a plan modification sought by:   <u>Rita Shine Bird</u>

    ☐    a motion to lift stay
            as to creditor  _____

    ☒    Other:    <u>The plan is being modified to incorporate the Notice of Mortgage Payment Change filed by PNC Bank, NA on 11/14/22, and to cure plan arrears</u>

    **WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

    **IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

    ☐   Chapter 13 Plan dated
    ☒   Amended Chapter 13 Plan dated    <u>April 29, 2020</u>

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

    x    Debtor(s) Plan payments shall be changed from $ <u>1,310.00</u> to

-1-

    $ 1,650.00 per Month, effective December 2022 ; and/or the Plan term shall be changed from ___ months to ____ months.    .

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: PNC Bank, NA CL.#4 governs following all NMPC of record with the monthly payment to be paid $779.20 per month beginning 1/1/2023. The debtor is not required to file a separate Response to the NMPC filed on 11/14/22.

  **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

  **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

SO ORDERED, this 30th day of November, 2022

*Carlota M. Böhm* glb
Carlota M. Böhm
United States Bankruptcy Judge

FILED
11/30/22 10:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

/s/ Scott R. Lowden
Scott R. Lowden - Counsel to Debtor
PA ID 72116
Rice & Associates Law Firm
15 W. Beau Street
Washington, PA 15301
lowdenscott@gmail.com
(412) 374-7161

Stipulated by:

/s/ James Warmbrodt
James Warmbrodt, Esq.
Counsel to Chapter 13 Trustee

Stipulated by:

_____

cc:  All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21787-CMB |
| Rita Shine Bird | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 30, 2022 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rita Shine Bird, 379 West Wylie Avenue, Washington, PA 15301-2251 |
| 14412564 | + | Collection Service Cen / WHS Family Medi, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14412568 | + | Key Bank, 200 West Beau Street, Washington, PA 15301-4404 |
| 14412569 | + | Keystone Motor Credit, 869 Jefferson Avenue, Washington, PA 15301-3858 |
| 14412573 | + | PNC Bank, c/o Mark J Udren, Esq., 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 14412577 | + | Receivables Performance / Direct TV, 20816 44th Ave West, Lynnwood, WA 98036-7744 |
| 14412580 | + | Transworld Sys Inc/51 / MedExpress, 507 Prudential Rd, Horsham, PA 19044-2308 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14660127 | | Email/PDF: bncnotices@becket-lee.com | Nov 30 2022 23:59:58 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14412563 | + | Email/Text: bankruptcy@cavps.com | Nov 30 2022 23:50:00 | Cavalry Portfolio Serv / Synchrony Bank, Po Box 27288, Tempe, AZ 85285-7288 |
| 14678690 | + | Email/Text: bankruptcy@cavps.com | Nov 30 2022 23:50:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14412565 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 30 2022 23:50:00 | Comenitybk/victoriasec, Po Box 182789, Columbus, OH 43218-2789 |
| 14412566 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 30 2022 23:59:59 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14681763 | | Email/Text: bnc-quantum@quantum3group.com | Nov 30 2022 23:50:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14683824 | | Email/Text: G06041@att.com | Nov 30 2022 23:50:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14680869 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 30 2022 23:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14412567 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 30 2022 23:50:00 | Jefferson Capital Syst / Fingerhut, 16 Mcleland Rd, Saint Cloud, MN 56303-2198 |
| 14421991 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 30 2022 23:50:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, Ohio 44144-2338 |
| 14412570 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 30 2022 23:50:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14678792 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 30 2022 23:50:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14412571 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 30 2022 23:50:00 | Midland Funding / Synchrony Bank, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14412572 | + | Email/Text: bankruptcy@wofco.com | Nov 30 2022 23:50:00 | Mmca/c1, Po Box 91614, Mobile, AL 36691-1614 |

Case 17-21787-CMB   Doc 136   Filed 12/02/22   Entered 12/03/22 00:27:05   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 30, 2022 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14654368 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 30 2022 23:50:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14668993 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 30 2022 23:50:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 14412575 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 30 2022 23:50:00 | Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14412574 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 30 2022 23:50:00 | Pnc Bank, N.a., 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14412576 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 30 2022 23:50:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14413558 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 30 2022 23:49:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14766389 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 30 2022 23:50:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14412578 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2022 23:49:48 | Sams Club, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14725839 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 30 2022 23:50:00 | Santander Consumer USA, 1010 W Mockingbird Lane, Suite 100, Dallas, TX 75247-5126 |
| 14412579 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2022 23:49:31 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14648225 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Nov 30 2022 23:50:00 | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14412581 | + | Email/Text: External.Collections@phoenix.edu | Nov 30 2022 23:50:00 | University Of Phoenix, 4615 E Elwood St Fl 3, Phoenix, AZ 85040-1950 |
| 14412582 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Nov 30 2022 23:50:00 | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, N.A. |
| cr | | PNC Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 02, 2022         Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Rita Shine Bird ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  N.A. pabk@logs.com, ewassall@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Rita Shine Bird niclowlgl@comcast.net |

TOTAL: 9