UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  RITA SHINE BIRD<br><br>        Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>        vs.<br>RITA SHINE BIRD<br><br>        Respondents | Case No. 17-21787CMB<br><br>Chapter 13<br><br>Document No. 147 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __28th__ day of __Sept.__, 20__23__, it is hereby ORDERED, ADJUDGED, and DECREED that,

A-Line Staffing Solutions Llc
Attn: Payroll Manager
7529 Auburn Rd
Utica, NY 48317

is hereby ordered to immediately terminate the attachment of the wages of RITA SHINE BIRD, social security number XXX-XX-7469. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of RITA SHINE BIRD.

BY THE COURT:

_Carlota M. Böhm_
**dmr**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

FILED
9/28/23 8:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-21787-CMB
Rita Shine Bird  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 2
Date Rcvd: Sep 28, 2023    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

**Recip ID    Recipient Name and Address**
db    + Rita Shine Bird, 379 West Wylie Avenue, Washington, PA 15301-2251

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2023 at the address(es) listed below:**

**Name    Email Address**

Brian Nicholas
    on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor PNC Bank  N.A. bnicholas@kmllawgroup.com

David A. Rice
    on behalf of Debtor Rita Shine Bird ricelaw1@verizon.net  lowdenscott@gmail.com

Denise Carlon
    on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com

Elizabeth Lamont Wassall
    on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com

Elizabeth Lamont Wassall
    on behalf of Creditor PNC Bank  N.A. pabk@logs.com, ewassall@logs.com

Case 17-21787-CMB    Doc 150    Filed 09/30/23    Entered 10/01/23 00:29:52    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Debtor Rita Shine Bird lowdenscott@gmail.com

TOTAL: 9