**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Rita Shine Bird**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7469<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–21787–CMB | |

# Order of Discharge                                                                                                    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Rita Shine Bird
    fka Rita Shine Montano


<u>11/17/23</u>                                                                               **By the court:** <u>Carlota M Bohm</u>
                                                                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-21787-CMB
Rita Shine Bird  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Nov 17, 2023      Form ID: 3180W      Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rita Shine Bird, 379 West Wylie Avenue, Washington, PA 15301-2251 |
| 14412564 | + | Collection Service Cen / WHS Family Medi, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14412568 | + | Key Bank, 200 West Beau Street, Washington, PA 15301-4404 |
| 14412569 | + | Keystone Motor Credit, 869 Jefferson Avenue, Washington, PA 15301-3858 |
| 14412573 | + | PNC Bank, c/o Mark J Udren, Esq., 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 14412577 | #+ | Receivables Performance / Direct TV, 20816 44th Ave West, Lynnwood, WA 98036-7744 |
| 14412580 | + | Transworld Sys Inc/51 / MedExpress, 507 Prudential Rd, Horsham, PA 19044-2308 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 18 2023 04:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 17 2023 23:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 18 2023 04:00:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 17 2023 23:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14660127 | | Email/PDF: bncnotices@becket-lee.com | Nov 17 2023 23:17:33 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14412563 | + | Email/Text: bankruptcy@cavps.com | Nov 17 2023 23:08:00 | Cavalry Portfolio Serv / Synchrony Bank, Po Box 27288, Tempe, AZ 85285-7288 |
| 14678690 | + | Email/Text: bankruptcy@cavps.com | Nov 17 2023 23:08:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14412565 | + | EDI: WFNNB.COM | Nov 18 2023 04:00:00 | Comenitybk/victoriasec, Po Box 182789, Columbus, OH 43218-2789 |
| 14412566 | | EDI: CITICORP.COM | Nov 18 2023 04:00:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14681763 | | EDI: Q3G.COM | Nov 18 2023 04:00:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14683824 | | EDI: DIRECTV.COM | Nov 18 2023 04:00:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |

Case 17-21787-CMB   Doc 153   Filed 11/19/23   Entered 11/20/23 00:27:28   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: 3180W | Total Noticed: 36 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14680869 | | EDI: JEFFERSONCAP.COM | Nov 18 2023 04:00:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14412567 | + | EDI: JEFFERSONCAP.COM | Nov 18 2023 04:00:00 | Jefferson Capital Syst / Fingerhut, 16 Mcleland Rd, Saint Cloud, MN 56303-2198 |
| 14421991 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 17 2023 23:08:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, Ohio 44144-2338 |
| 14412570 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 17 2023 23:07:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14678792 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2023 23:08:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14412571 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2023 23:08:00 | Midland Funding / Synchrony Bank, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14412572 | + | Email/Text: bankruptcy@wofco.com | Nov 17 2023 23:07:00 | Mmca/c1, Po Box 91614, Mobile, AL 36691-1614 |
| 14654368 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2023 23:07:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14668993 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2023 23:07:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 14412575 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2023 23:07:00 | Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14412574 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2023 23:07:00 | Pnc Bank, N.a., 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14412576 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2023 23:07:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14413558 | + | EDI: RECOVERYCORP.COM | Nov 18 2023 04:00:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14766389 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 17 2023 23:08:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14412578 | + | EDI: RMSC.COM | Nov 18 2023 04:00:00 | Sams Club, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14725839 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 17 2023 23:08:00 | Santander Consumer USA, 1010 W Mockingbird Lane, Suite 100, Dallas, TX 75247-5126 |
| 14412579 | + | EDI: RMSC.COM | Nov 18 2023 04:00:00 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14648225 | | Email/Text: electronicbkydocs@nelnet.net | Nov 17 2023 23:08:00 | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14412581 | + | Email/Text: External.Collections@phoenix.edu | Nov 17 2023 23:08:00 | University Of Phoenix, 4615 E Elwood St Fl 3, Phoenix, AZ 85040-1950 |
| 14412582 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 17 2023 23:08:00 | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, N.A. |
| cr | | PNC Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Rita Shine Bird ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  N.A. pabk@logs.com, ewassall@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Rita Shine Bird lowdenscott@gmail.com |

TOTAL: 9