IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RITA SHINE BIRD

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-21787

Chapter 13

Document No.: 145

## ORDER OF COURT

AND NOW, this 17th day of November, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

*Carlota M. Böhm*
U.S. BANKRUPTCY JUDGE    dmr

FILED
11/17/23 3:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21787-CMB |
| Rita Shine Bird | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 17, 2023 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rita Shine Bird, 379 West Wylie Avenue, Washington, PA 15301-2251 |
| 14412564 | + | Collection Service Cen / WHS Family Medi, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14412568 | + | Key Bank, 200 West Beau Street, Washington, PA 15301-4404 |
| 14412569 | + | Keystone Motor Credit, 869 Jefferson Avenue, Washington, PA 15301-3858 |
| 14412573 | + | PNC Bank, c/o Mark J Udren, Esq., 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 14412577 | #+ | Receivables Performance / Direct TV, 20816 44th Ave West, Lynnwood, WA 98036-7744 |
| 14412580 | + | Transworld Sys Inc/51 / MedExpress, 507 Prudential Rd, Horsham, PA 19044-2308 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14660127 | | Email/PDF: bncnotices@becket-lee.com | Nov 17 2023 23:17:32 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14412563 | + | Email/Text: bankruptcy@cavps.com | Nov 17 2023 23:08:00 | Cavalry Portfolio Serv / Synchrony Bank, Po Box 27288, Tempe, AZ 85285-7288 |
| 14678690 | + | Email/Text: bankruptcy@cavps.com | Nov 17 2023 23:08:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14412565 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 17 2023 23:08:00 | Comenitybk/victoriasec, Po Box 182789, Columbus, OH 43218-2789 |
| 14412566 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 17 2023 23:17:31 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14681763 | | Email/Text: bnc-quantum@quantum3group.com | Nov 17 2023 23:08:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14683824 | | Email/Text: G06041@att.com | Nov 17 2023 23:08:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14680869 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 17 2023 23:08:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14412567 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 17 2023 23:08:00 | Jefferson Capital Syst / Fingerhut, 16 Mcleland Rd, Saint Cloud, MN 56303-2198 |
| 14421991 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 17 2023 23:08:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, Ohio 44144-2338 |
| 14412570 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 17 2023 23:07:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14678792 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2023 23:08:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14412571 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2023 23:08:00 | Midland Funding / Synchrony Bank, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14412572 | + | Email/Text: bankruptcy@wofco.com | Nov 17 2023 23:07:00 | Mmca/c1, Po Box 91614, Mobile, AL 36691-1614 |
| 14654368 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2023 23:07:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14668993 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2023 23:07:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 14412575 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2023 23:07:00 | Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14412574 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2023 23:07:00 | Pnc Bank, N.a., 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14412576 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2023 23:07:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14413558 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 17 2023 23:17:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14766389 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 17 2023 23:08:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14412578 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2023 23:06:59 | Sams Club, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14725839 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 17 2023 23:08:00 | Santander Consumer USA, 1010 W Mockingbird Lane, Suite 100, Dallas, TX 75247-5126 |
| 14412579 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2023 23:17:20 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14648225 | | Email/Text: electronicbkydocs@nelnet.net | Nov 17 2023 23:08:00 | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14412581 | + | Email/Text: External.Collections@phoenix.edu | Nov 17 2023 23:08:00 | University Of Phoenix, 4615 E Elwood St Fl 3, Phoenix, AZ 85040-1950 |
| 14412582 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 17 2023 23:08:00 | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, N.A. |
| cr | | PNC Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2023            Signature:     /s/Gustava Winters

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: pdf900 | Total Noticed: 34 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Rita Shine Bird ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  N.A. pabk@logs.com, ewassall@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Rita Shine Bird lowdenscott@gmail.com |

TOTAL: 9