**Fill in this information to identify the case:**

Debtor 1    Rita Shine Bird
Debtor 2    _____ (Spouse, if filing)
Debtor 3

United States Bankruptcy Court for the: WESTERN District of PA (State)

Case number   17-21787

---

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to 11. U.S.C. § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** PNC BANK, N. A.    **Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 0 0 3 2

**Date of payment change:**
Must be at least 21 days after date of this notice.    04/01/2022

**New total payment:**
Principal, interest, and escrow, if any   $ 710.22

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - [ ] No
   - [x] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why _____

   **Current escrow payment:** $439.79    **New escrow payment:** $ 342.57

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
   - [x] No
   - [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____ %    **New interest rate:** _____ %

   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - [x] No
   - [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Lucy Miller  
Signature

Date  03 / 04 / 2022

Print:  Lucy  Miller  Title  Bankruptcy Specialist
First Name    Middle Name    Last Name

Company  PNC Bank, N.A.

Address  3232 Newmark Drive
Number    Street

Miamisburg    OH    45342
City    State    ZIP Code

Contact phone  ( 866 ) 754 – 0659    Email  Bankruptcy@pnc.com


**PNC BANK**
P.O. Box 1820
Dayton, OH 45401-1820
Website: pnc.com/mortgagecustomercare
Customer Care Center: 1-800-822-5626

**ESCROW ACCOUNT DISCLOSURE STATEMENT**

**LOAN NUMBER:**
**DATE:** March 02, 2022

PROPERTY ADDRESS:
379 W WYLIE AVE
WASHINGTON, PA 15301

RITA S MONTANO
379 W WYLIE AVE
WASHINGTON PA  15301-2251

| CURRENT MONTHLY MORTGAGE PAYMENT | |
|---|---|
| Principal & Interest | 367.65 |
| Escrow | 224.36 |
| Prorated Escrow Shortage | 215.43 |
| Total Payment | 807.44 |



| NEW PAYMENT INFORMATION | |
|---|---|
| Principal & Interest | 367.65 |
| Escrow | 224.36 |
| Prorated Escrow Shortage | 118.21 |
| Total Payment | 710.22 |
| New Payment Effective Date | 04/01/22 |

**COMING YEAR ESCROW PROJECTION**



This statement provides a detailed summary of activity related to your escrow account. PNC Bank maintains your escrow account to pay such items as property taxes, insurance premiums, and mortgage insurance.

This section lists a 12-month running escrow balance to determine the appropriate target balance and to determine if a shortage or surplus exists. This is a projection of the anticipated activity in your escrow account for the coming 12 months.

| ANTICIPATED ESCROW DISBURSEMENT | |
|---|---|
| CITY TAX | $38.16 |
| TAXES | $700.69 |
| HAZARD INS | $1,798.89 |
| COUNTY TAX | $154.56 |
| TOTAL DISBURSEMENTS | $2,692.30 |
| DIVIDED BY 12 MONTHS | |
| MONTHLY ESCROW DEPOSIT | $224.36 |

| CALCULATION OF ESCROW ADJUSTMENT | |
|---|---|
| BEGINNING PROJECTED BALANCE | -$3,288.40 |
| BEGINNING REQUIRED BALANCE | $967.22 |
| ESCROW SHORTAGE | $4,255.62 |

The required minimum balance allowed by federal law (RESPA) is two times your monthly escrow payment (excluding MIP/PMI), unless your mortgage document or state law specifies a lower amount.

| MONTH | PAYMENTS TO ESCROW | DESCRIPTION | PAYMENTS FROM ESCROW | CUR BAL PROJECTION | REQ BAL PROJECTION |
|---|---|---|---|---|---|
| | | BEGINNING BALANCE | | -3,288.40 | 967.22 |
| April | 224.36 | | | -3,064.04 | 1,191.58 |
| May | 224.36 | CITY TAX | 38.16 | -2,877.84 | 1,377.78 |
| June | 224.36 | | | -2,653.48 | 1,602.14 |
| July | 224.36 | | | -2,429.12 | 1,826.50 |
| August | 224.36 | | | -2,204.76 | 2,050.86 |
| September | 224.36 | SCHOOL TAX | 700.69 | -2,681.09 | 1,574.53 |
| October | 224.36 | | | -2,456.73 | 1,798.89 |
| November | 224.36 | | | -2,232.37 | 2,023.25 |
| December | 224.36 | HAZARD INS | 1,798.89 | -3,806.90 * | 448.72 ** |
| January | 224.36 | | | -3,582.54 | 673.08 |
| February | 224.36 | | | -3,358.18 | 897.44 |
| March | 224.36 | COUNTY TAX | 154.56 | -3,288.38 | 967.24 |

\* The projected escrow balance at the low point.
\*\* The lowest balance the escrow account should attain during the projected period.

**MORE INFORMATION ON REVERSE SIDE**

**IMPORTANT MESSAGES**

The shortage in your recent escrow analysis was automatically spread across your upcoming payments, interest free. However, if you wish to discuss options that do not result in an increase in your payment, please contact us via the following options: Visit a local Branch, visit our Online Banking, or call our Customer Care team.

Make your check, money order or cashier's check payable to PNC Bank. All Payments must be funds from a U.S. Bank Account and are subject to PNC's acceptance. **Do NOT send cash by mail.**

We understand that you have filed for bankruptcy and have not yet received a discharge. None of the information requested in this statement will be used for the collection of any debts or for purposes prohibited by the Bankruptcy Code or other applicable Federal or state law.

---

**INTERNET REPRINT**

**PNC BANK**

**How to contact us or make your monthly Mortgage payments:**



Make your check, money order or cashier's check payable to PNC Bank and include your loan number and allocation instructions on memo line. ***Do not send cash by mail.***

Regular Mail:
PNC Mortgage Payments
P.O. Box 771021
Chicago, IL 60677

Overnight:
C/O PNC Bank
Lockbox 771021
350 East Devon Ave
Itasca, IL  60143

All payments must be funds from a U.S. Bank Account and are subject to PNC's acceptance.



Online Banking Payments:
pnc.com/mortgagecustomercare



We are here, if you have questions or need assistance, please contact our Customer Care Center at  1-800-822-5626.
   Monday-Thursday 8:00 a.m. - 9:00 p.m. ET
   Friday 8:00 a.m. - 5:00 p.m. ET
   Saturday 9:00 a.m. - 2:00 p.m. ET
You can also visit your local PNC branch.

# ESCROW ACCOUNT DISCLOSURE STATEMENT

LOAN NUMBER:  DATE: March 2, 2022

Your projected escrow balance as of 03/31/22 is -$3,288.40. Your required beginning escrow balance, according to this analysis, should be $967.22. This means you have a shortage of $4,255.62. We have divided the shortage interest-free, over 36 months. If you choose to pay the shortage in full, then your new monthly mortgage payment will be reduced to $592.01.

Once during this analysis period, your required escrow balance should be reduced to a target balance of $448.72, as it does in December. Under Federal law, your target balance should not exceed an amount equal to two months of escrow payments for taxes and insurance, unless your mortgage document or state law specifies a lower amount.

## Projected Activity from the Previous Analysis

This is a projection of the activity for your escrow account from the Previous Analysis. This projection was based on the disbursements anticipated to be made from your escrow account. Compare this projection to the actual escrow activity in the Account History (summarized below).

The escrow payment in this projection may not equal the escrow payment in the Account History if an adjustment was made to collect a shortage or refund a surplus.

Adjustments to the payment and differences between the anticipated and actual disbursements may prevent the actual balance from reaching the projected low escrow balance.

| Date  | Description       | Payments | Disbursements | Balance    |
|-------|-------------------|----------|---------------|------------|
|       | BEGINNING BALANCE |          |               | 448.70     |
| 01/22 |                   | 224.36   |               | 673.06     |
| 02/22 |                   | 224.36   |               | 897.42     |
| 03/22 | COUNTY TAX        | 224.36   | 154.56        | 967.22     |
| 04/22 |                   | 224.36   |               | 1,191.58   |
| 05/22 | CITY TAX          | 224.36   | 38.16         | 1,377.78   |
| 06/22 |                   | 224.36   |               | 1,602.14   |
| 07/22 |                   | 224.36   |               | 1,826.50   |
| 08/22 |                   | 224.36   |               | 2,050.86   |
| 09/22 | SCHOOL TAX        | 224.36   | 700.69        | 1,574.53   |
| 10/22 |                   | 224.36   |               | 1,798.89   |
| 11/22 |                   | 224.36   |               | 2,023.25   |
| 12/22 | HAZARD INS        | 224.36   | 1,798.89      | 448.72 **  |
| TOTAL |                   | 2,692.32 | 2,692.30      |            |

## Account History

This is a statement of actual escrow account activity from January 2022 through March 2022. Compare it to the Projected Activity from the Previous Analysis which appears above the Account History.

Your total mortgage payment during the past year was $807.44 of which $367.65 was your Principal and Interest payment and $224.36 was your escrow payment.

| Date  | Description       | Payments   | Disbursements | Balance    |
|-------|-------------------|------------|---------------|------------|
|       | BEGINNING BALANCE |            |               | -8,663.21  |
| 01/22 |                   | 355.00     |               | -8,308.21  |
| 02/22 |                   | 355.00     |               | -7,953.21  |
| 03/22 | COUNTY TAX        | 4,819.37 e | 154.56 e      | -3,288.40  |
| TOTAL |                   | 5,529.37   | 154.56        |            |

\* Indicates a difference from projected activity either in the amount or the date.

\*\* Required minimum escrow balance.

"e" Indicates estimates for future payments or disbursements.

If you have any questions about this analysis statement, please visit us at pnc.com/mortgagecustomercare to send us an email, write to us at PNC Bank; Attention: Customer Service Research; B6-YM07-01-7, PO Box 1820; Dayton, OH 45401 or call our Customer Service Department toll free number 1-800-822-5626.

## Disclosure on Cancellation of Mortgage Insurance Premium (MIP)

You may have the option to cancel annual MIP in advance of the projected amortization date by making additional payments of Mortgage principal. To inquire about loan qualifications for early termination of MIP, send in a written request to the address listed below, or contact Customer Service.


Call Customer Service at **1-800-822-5626**, Monday - Thursday, 8:00 a.m. - 9:00 p.m., Friday, 8:00 a.m. - 5:00 p.m. ET and Saturday, 9:00 a.m. - 2:00 p.m.

Or


Send a written request to the address on the statement
PNC Bank
P.O. Box 8736
ATTN: Mortgage Insurance Department B6-YM13-01-5
Dayton, Ohio 45401-8736.

UNITED STATES BANKRUPTCY COURT
Western District of PENNSYLVANIA (Pittsburgh)

| IN RE: Rita Shine Bird | Case No. **17-21787** |
| --- | --- |
|  | Judge Carlota M. Bohm |
|  | Chapter 13 |

CERTIFICATE OF SERVICE OF
Notice of Mortgage Payment Change

I, the undersigned, hereby certify that, on March 04, 2022, a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: Scott R. Lowden
Trustee: Ronda J. Winnecour

Office of the United States Trustee

Further, I certify that, on March 04, 2022, a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

Rita Shine Bird
379 West Wylie Avenue
Washington, PA 15301

/s/ Lucy Miller
Lucy Miller
 PNC Bank, N.A.
 3232 Newmark Drive
 Miamisburg Ohio 45342
 866-754-6543